FILED

**NOT FOR PUBLICATION**

MAR 07 2014

UNITED STATES COURT OF APPEALS

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| GRACE TAN GO,<br><br>        Petitioner,<br><br>   v.<br><br>ERIC H. HOLDER, Jr., Attorney General,<br><br>        Respondent. | No. 11-73256<br><br>Agency No. A095-617-601<br><br>MEMORANDUM[*] |

On Petition for Review of an Order of the
Board of Immigration Appeals

Argued and Submitted January 15, 2014
San Francisco, California

Before: WALLACE and GRABER, Circuit Judges, and MILLS, Senior District Judge.[**]

Grace Tan Go petitions from the Board of Immigration Appeals' (Board)

denial of her motion to reopen under the Convention Against Torture (CAT). In a

concurrently filed published opinion, we address the Board's denial of Roderick

---

    [*]   This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

    [**]   The Honorable Richard Mills, Senior District Judge for the U.S. District Court for the Central District of Illinois, sitting by designation.

Lim Go's motion to reopen. Both motions to reopen were predicated on the same "new evidence," both were denied by the Board for the same reasons, and this appeal presents the same arguments as are presented in Roderick Lim Go's appeal.

Accordingly, for the reasons stated in the concurrently filed published opinion, we also deny in part and dismiss in part this appeal.

**PETITION FOR REVIEW DENIED in part; DISMISSED in part.**

2